**ASK LLP** — ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| **Defendant:** | **MercuryGate International, Inc.** |
| **Bankruptcy Case:** | **Bed Bath & Beyond Inc.** |
| **Preference Period:** | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112597 | $57,568.05 | 2/17/2023 | INV-65118 | 1/5/2023 | $1,674.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112597 | $57,568.05 | 2/17/2023 | INV-64746 | 12/5/2022 | $406.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112597 | $57,568.05 | 2/17/2023 | INV-64298 | 12/1/2022 | $27,489.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112597 | $57,568.05 | 2/17/2023 | INV-63999 | 11/3/2022 | $507.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112597 | $57,568.05 | 2/17/2023 | INV-63546 | 11/1/2022 | $27,489.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113252 | $83,230.95 | 3/16/2023 | INV-66478 | 3/1/2023 | $27,489.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113252 | $83,230.95 | 3/16/2023 | INV-66189 | 2/3/2023 | $761.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113252 | $83,230.95 | 3/16/2023 | INV-65761 | 2/1/2023 | $27,489.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113252 | $83,230.95 | 3/16/2023 | INV-65448 | 1/17/2023 | $27,489.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113300 | $761.25 | 3/16/2023 | INV-66864 | 3/3/2023 | $761.25 |
| **3 Preference Period transfer(s), $141,560.25** | | | | | | | |
| **Post Petition Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113768 | $30,027.40 | 4/28/2023 | INV-67623 | 4/5/2023 | $2,537.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113768 | $30,027.40 | 4/28/2023 | INV-67237 | 4/1/2023 | $27,489.90 |
| **1 Post Petition transfer(s), $30,027.40** | | | | | | | |

**Totals: 4 transfer(s), $171,587.65**